Boris Zelkind (SBN 214,014)
boris.zelkind@kmob.com
Scott A. Barker (SBN 258,997)
scott.barker@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Telephone:  (858) 836-9000
Facsimile:   (858) 836-9001

David R. Fairbairn (admitted *Pro Hac Vice*)
drfairbairn@kinney.com
Austen P. Zuege (admitted *Pro Hac Vice*)
azuege@kinney.com
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN  55415-1002
Telephone:  (612) 339-1863
Facsimile:   (612) 339-6580

Attorneys for Plaintiff, PARTY BOOTHS LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PARTY BOOTHS LLC, a Nevada Limited Liability Company,<br><br>        Plaintiffs,<br><br>        v.<br><br>CORNELIUS ANGSUCO d/b/a ENVY PARTY BOOTHS, a California corporation,<br><br>        Defendant. | Civil Action No. SACV10-1595 JVS (FMOx)<br><br>**AMENDED ORDER GRANTING PLAINTIFF PARTY BOOTHS, LLC'S MOTION FOR DEFAULT JUDGMENT**<br><br>Hon. James V. Selna |

The Court, being duly informed, and having reviewed Plaintiff Party Booths, LLC's Motion for Default Judgment, hereby GRANTS said motion. The Court finds as follows:

1. Defendant Cornelius Angsuco is not an infant or incompetent person, and is not in active military service or subject to a bankruptcy proceeding.
2. Defendant has failed to answer or otherwise respond to the Complaint.
3. Default against Defendant was duly entered by the Clerk on April 13, 2011, pursuant to Fed. R. Civ. P. 55(a).
4. The allegations of the Complaint are deemed ADMITTED by Defendant's failure to answer or otherwise plead.
5. Plaintiff has sustained damages as a direct and proximate result of Defendant's conduct, and Plaintiff's profits of $24,500, being duly established in the record, are an accurate measure of Plaintiff's damages.

In view of the findings above, IT IS HEREBY ORDERED:

1. Defendant Cornelius Angsuco, including all of his agents and assigns, is permanently ENJOINED from use of the marks PARTY BOOTHS, PARTYBOOTHS.COM, ENVY PARTY BOOTHS, ENVYPARTYBOOTHS.COM or marks confusingly similar to PARTY BOOTHS and PARTYBOOTHS.COM, in conjunction with photobooth rentals or similar goods and services.
2. Defendant is ordered to pay $24,500 to Plaintiff for damages.

IT IS SO ORDERED.

Dated: __June 27, 2011__    By: _____

Honorable James V. Selna
United States District Judge

1

11223202
051111